[No. 54109-9-I. Division One. June 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY WAYNE ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00658-1, Michael E. Rickert, J., entered March 11, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54520-5-I. Division One. June 6, 2005.]

MICHAEL KREFTING, *Appellant*, v. JACK JOHNSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-10669-1, David T. Patterson, J. Pro Tem., entered July 7, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.

[No. 54792-5-I. Division One. June 6, 2005.]

DAVID A. CROSBY, *Respondent*, v. DATAMARINE INTERNATIONAL, INC., ET AL., *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-06906-6, James H. Allendoerfer, J., entered August 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30250-1-II. Division Two. June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE LEE DALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00352-4, Kitty-Ann van Doorninck, J., entered April 17, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.